UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RWE RENEWABLES GmbH and RWE RENEWABLES IBERIA S.A.U.

          Petitioners,

-against-

KINGDOM OF SPAIN,

          Respondent

1:21-CV-03232 (JMC)

## NOTICE OF CHANGE OF FIRM NAME AND EMAIL ADDRESSES

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

      PLEASE TAKE NOTICE that as a result of the combination of Allen & Overy LLP and Shearman & Sterling LLP, effective May 1, 2024 the name of the firm representing the Petitioners is Allen Overy Shearman Sterling US LLP.  The new email addresses of counsel are listed below.  The mailing address, telephone numbers, and facsimile numbers will for now remain the same.

Dated: May 1, 2024

                                          Respectfully submitted,

                                          ALLEN OVERY SHEARMAN STERLING US LLP

                                          By: /s/ *Bradley S. Pensyl*
                                              Bradley S. Pensyl (admitted *pro hac vice*)
                                              bradley.pensyl@aoshearman.com
                                              Laila Delimustafic (admitted *pro hac vice*)
                                              laila.delimustafic@aoshearman.com
                                              1221 Avenue of the Americas
                                              New York, NY 10020
                                              Tel: (212) 610-6300
                                              Fax: (212) 610-6399

Patrick W. Pearsall D.C. Bar 975801
patrick.pearsall@aoshearman.com
1101 New York Avenue, NW
Washington, DC 20005
Tel: (202) 683-3800
Fax: (202) 683-3999

*Attorneys for Petitioners*